BARRY J. PORTMAN
Federal Public Defender
JAY RORTY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

**E-filed 11/9/05**

Counsel for Defendant CALVIN BARTHOLOMEW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00417 JF |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE STATUS DATE** |
| CALVIN BARTHOLOMEW, ) | |
| Defendant. ) | |

Assistant United States Attorney Gary Fry and defendant, Calvin Bartholomew, through his counsel, Assistant Federal Public Defender Jay Rorty, stipulate and agree that the hearing date in the above-captioned matter, presently scheduled for November 9, 2005 should be continued to December 7, 2005 at 9:00 a.m..  The reason for this continuance is that Mr. Bartholomew has been hospitalized and is unavailable to come to court.

The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would unreasonably deny Mr. Calvin Bartholomew the time necessary for effective preparation.  The time from November 9, 2005 and to December 7, 2005 is excluded from the Speedy Trial Act.

1
2   Dated: November 8, 2005                              _____/S/_____
                                                        JAY RORTY
3                                                       Assistant Federal Public Defender

4
5   Dated: November 8, 2005                              _____/S/_____
                                                        GARY FRY
6                                                       Assistant United States Attorney

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

\*\*E-filed 11/9/05\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00417 JF |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER CONTINUING** |
| ) | **STATUS DATE AND EXCLUDING** |
| v. ) | **TIME** |
| ) | |
| CALVIN BARTHOLOMEW, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties have jointly requested to continue the hearing date set for November 9, 2005 to December 7, 2005 for the reason that Mr. Bartholomew has been hospitalized and is unavailable to come to court.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set for November 9, 2005 be continued to December 7, 2005, at 9:00 a.m.  Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from November 9, 2005 through and including December 7, 2005, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: November 9 , 2005

/s/electronic signature authorized
JEREMY FOGEL
United States District Judge

3