## PROPOSED ORDER/COVER SHEET

TO:   Honorable Howard Lloyd          RE:   Calvin Reed Bartholomew
      U.S. Magistrate Judge

FROM: Claudette M. Silvera, Chief     DOCKET NO.: CR 05-00417 JF
      U.S. Pretrial Services Officer

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Laura Weigel                                  408-535-5230
U.S. Pretrial Services Officer                TELEPHONE NUMBER

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[✓] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __2__ on __June 8__ at __1:30__

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
    Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)
    A.
    B.

[ ] Bail Revoked/Bench Warrant Issued.

[✓] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____          5/31/06
JUDICIAL OFFICER                        DATE

FILED JUN - 6 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Cover Sheet (12/03/02)